**Karen Dishman POWELL,**
**Plaintiff–Appellant,**

v.

**ST. PAUL POLICE DEPARTMENT;**
**Allen Porter;  George Robinson,**
**Defendants–Appellees.**

No. 02–1886.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Karen Dishman Powell, Appellant Pro Se. Eric Roger Thiessen, Penn, Stuart & Eskridge, Abingdon, Virginia, for Appellees.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Karen Dishman Powell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Powell v. St. Paul Police Dep't,* No.  CA–01–27–2 (W.D.Va.  July 23, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*